# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-40408
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 25, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Guadalupe San Miguel-Limon,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:15-CR-177-1

————————————————————————

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The district court revoked Guadalupe San Miguel-Limon's term of supervised release and sentenced him to 24 months of imprisonment. In his sole issue on appeal, San Miguel-Limon contends that the written revocation judgment incorrectly reflects that he was adjudicated guilty of Violation Three. The Government agrees that the judgment is incorrect.

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40408

As a result, we sent the case back to have the district court clarify that point.  In light of the district court's clarification on limited remand, the parties are correct that San Miguel-Limon was not adjudicated guilty of Violation Three.  Because the district court has now clarified the issue that was on appeal, and the parties have not protested the clarified judgment, we DISMISS the appeal.